IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BETTY SHUMAKE, | * |
| Plaintiff, | * |
| -vs- | * Case No:_____ |
| ENHANCED RECOVERY COMPANY, LLC, | * |
| Defendant. | * |

## ORIGINAL COMPLAINT AND JURY DEMAND

Plaintiff, Betty Shumake., is a natural person residing in the State of Georgia, Her physical address is P.O.BX 465 Millen, Ga 30442

Upon information and belief, Defendant Enhanced Recovery Company, LLC does business in Florida and Georgia, and mailing address is 8014 Bayberry Rd. Jacksonville, Fla. 32256. The Registered Agent is Capital Corporate Services,Inc. And its address is 3675 Crestwood Parkway, Suite350, Duluth, Ga.30096

Jurisdiction of this court arises under 28 U.S.C. 1331 and pursuant to 15 U.S.C. 1681 et seq, and pursuant to 28 U.S.C. 1367 for pendent state law claims. This action arises out of Defendant's violations of the Fair Credit Reporting Act., 15 U.S.C. 1681, et seq' ("FCRA")

Venue is proper in this district because the acts and transactions occurred here, and the Defendants transact business here.

## FACTUAL ALLEGATIONS

In March 2011, after viewing Plaintiff's credit report. Plaintiff noticed a Inquiry listed by Enhanced Recovery Company, LLC.  Defendant Enhanced Recovery Company, LLC accessed Plaintiffs Experian Credit Report on August 20.2010 without permission or permissible purpose. Defendant Enhanced Recovery Company, LLC is a "Debt Collector "as the term is defined by 15 U.S.C.1692 a (6).

As a result of the Defendants activities or lack thereof the Plaintiff has suffered loss of self-esteem and peace of mind, and has suffered emotional distress, humiliation and embarrassment, and defamation of Credit.

The acts and omissions of the Defendants and its representatives, employees and or agents constitute numerous and multiple violations of the FCRA.

All actions taken by employees, agents, servants, or representatives of any type for Defendant were taken in the line and scope of such individuals' (or entities') employment, agency, or representation.

Defendants' actions - engaging in a pattern and practice of wrongful and unlawful behavior, i.e. reporting  false and inaccurate information - were malicious, wanton, reckless, intentional or willful, and performed with the desire to harm Plaintiff, with the knowledge that their actions would very likely harm Plaintiff, and that their actions were taken in violation of the law.

The actions, omissions, misrepresentations, and violations of the FCRA, federal law, and state law by Defendants, regarding the Plaintiff's disputed account, as described herein, constitute harassment which has resulted in the negligent and intentional infliction of mental and emotional distress upon Plaintiff proximately causing Plaintiff to suffer severe mental distress, mental and physical pain, embarrassment, and humiliation of which Plaintiff will in the future continue to suffer.

## COUNT I, FDCPA &FCRA VIOLATIONS

The previous paragraphs are incorporated into this account as if set forth in full.

The previous paragraphs are incorporated into this account as if set forth in full.

The acts and omission of the Defendants and its representatives, employees and or Agents constitute numerous and multiple violations of the FDCPA, including but not limited to 1692(a)(1), 1692d preface XXXXX

The acts Defendants violations are multiple, willful and intentional.

Pursuant to FDCPA Section 1692(K) the Plaintiff is entitled to actual damages, statutory damages up to $1,000.00 and reasonable attorney cost and fees.

## COUNT II INVASION OF PRIVACY, INTRUSTED INTO PRIVATE AFFAIRS

Plaintiff, repeats, re alleges, and incorporates by references all of the foregoing paragraphs.

Plaintiff has reasonable expectations of privacy in his solitude, seclusion, and private concerns and affairs.

Defendant willfully and intentionally intruded into plaintiff's solitude, seclusion, and private concerns and affairs by repeatedly and unlawfully attempting to collect a debt

As a result of such invasion of privacy, Plaintiff was harmed and caused great mental and physical pain.

Defendant acts with oppression, Fraud or malice, Defendant are therefore liable to plaintiff for damages in an amount to proven at trial, and for punitive damages.

## PRAYER

**WHEREFORE**, Plaintiff respectfully request that judgment be entered against the Defendants for the following:

(a) Actual Damages.

(b) Statutory damages pursuant to 15 U.S.C. 1692 (k).

(c) Cost and reasonable fees

(d) Punitive damages.

(e) For such other relief as the court may deem just and proper.

Respectfully Submitted,

Betty Shumake/Pro Se:
P.O.BX 465
Millen, Ga. 30442

*Betty Shumake*

## DEMAND FOR JURY TRIAL

Please take note that Plaintiff demands trial by jury in this action.

Date: 4/13/11

Signature: *Betty Shumake*

## VERIFICATION

I, Betty Shumake, do declare under penalty of perjury as delineated in 28 USC 1746 that the information contained herein is true and correct to the best of my knowledge. Executed this 13th day of April, 2011 in the State of Georgia, City of Millen.

*Betty Shumake*
Betty Shumake